1  Charles G. Miller, State Bar No. 39272
   cmiller@bzbm.com
2  Michael D. Abraham, State Bar No. 125633
   mabraham@bzbm.com
3  BARTKO, ZANKEL, BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California  94111
5  Telephone:  (415) 956-1900
   Facsimile:  (415) 956-1152
6
7  Attorneys for Defendant
   PRESIDIO INTERNATIONAL, INC.
   DBA "ARMANI EXCHANGE"
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  NGOC LAM CHE, an individual,             )   No. 5:15-cv-5454-NC
                                             )
12              Plaintiff,                   )   **STIPULATION TO EXTEND TIME**
                                             )   **TO RESPOND TO COMPLAINT**
13       v.                                  )   **(L.R. 6-1(A)), TIME FOR INITIAL**
                                             )   **DISCLOSURES, AND TIME FOR**
14  PRESIDIO INTERNATIONAL, INC., a          )   **JOINT INSPECTION and  ORDER**
    Delaware corporation, dba "ARMANI        )
15  EXCHANGE"; and DOES 1 through 10,        )
                                             )
16              Defendants.                  )
                                             )
17  _____      )

18         This Stipulation is entered into by and among plaintiff Ngoc Lam Che ("Che") and

19  defendant Presidio International, Inc. dba "Armani Exchange" ("Armani"), through their counsel.

20         WHEREAS, Che filed a complaint (the "Complaint") in the above-entitled action in

21  the United States District Court, Northern District of California on November 28, 2015, which

22  Complaint includes allegations asserting denial of right of access under the Americans with

23  Disabilities Act (42 U.S.C. §§ 12131-80);

24         WHEREAS, Che served the Complaint on Armani on January 21, 2016;

25         WHEREAS, the parties previously stipulated to a 30 -day extension of time up to

26  and including March 14, 2016 for defendant to respond to the complaint under Federal Rule of

27  Civil Procedure 12(a)(1)(A)(i);

28         WHEREAS, the parties are attempting to resolve this matter,

-1-

1   WHEREAS, the parties desire to avoid the expense and time needed to make initial
2   disclosures, currently set for March 7, 2016 and the time to hold a joint inspection of premises,
3   currently set for March 14, 2016,

4   WHEREAS, extending the date for Armani to respond to the Complaint as set forth
5   below will alter the dates for initial disclosures and joint inspection set forth in this Court's
6   Scheduling Order of November 30, 2015;

7   WHEREAS; good cause exists for this Stipulation under Civil Local Rule 6-2(b) in
8   that the parties are attempting to resolve this matter and avoid litigation costs and expenses;

9   NOW, THEREFORE, the Parties hereby stipulate and agree that Armani's time to
10  respond to the Complaint (answer, move, or otherwise respond) is extended to and including
11  April 13, 2016;

12  NOW, THEREFORE FURTHER, the Parties hereby stipulate and agree that they
13  may have up to and including, April 6, 2016 to complete initial disclosures and up to and including
14  April 13, 2016 to hold the joint inspection of premises.

**IT IS SO STIPULATED.**

-2-

2545.000/979086.1   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, TIME FOR INITIAL DISCLOSURES AND TIME FOR JOINT INSPECTION -- Case No. 5:15-cv-5454-NC

DATED: March 3, 2016

BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation

By: _____*/s/ Charles G. Miller*_____
        Charles G. Miller
        Michael D. Abraham

Attorneys for Defendant
PRESIDIO INTERNATIONAL, INC. DBA
"ARMANI EXCHANGE"

DATED: March 3, 2016

**ASCENSION LAW GROUP**

By: _____*/s/ Pamela Tsao*_____
        Pamela Tsao

Attorneys for Plaintiff
NGOC LAM CHE

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user filing this document, hereby attests that all signatories of this document have concurred in the filing of this document.

_____*/s/ Charles G. Miller*_____
Charles G. Miller

**IT IS ORDERED**:

1. Armani shall respond to the Complaint on or before April 13, 2016;

2. The Parties shall complete initial disclosures on or before April 6, 2016; and

3. The Parties shall hold the joint inspection of the Premises on or before April 13, 2016.

4. The parties shall file their consent or declination to proceed before a magistrate judge by March 21, 2016.

**IT IS SO ORDERED:**

Dated: March 7, 2016



_____
UNITED STATES DISTRICT JUDGE

-3-